IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cox, Bernard C

Printed: 01/22/09

Case Number: 08 B 02004
Judge: Hollis, Pamela S
Filed: 1/30/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 8, 2008
Confirmed: March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,400.00 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 811.32 |
| Trustee Fee: |  | 88.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,479.50 | 811.32 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 9,102.50 | 500.00 |
| 3. | Internal Revenue Service | Priority | 5,805.89 | 0.00 |
| 4. | B-Real LLC | Unsecured | 71.36 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 26.12 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 84.16 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 20.64 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 536.95 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 121.00 | 0.00 |
| 10. | CorTrust Bank | Unsecured |  | No Claim Filed |
| 11. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 12. | Circle Family Care | Unsecured |  | No Claim Filed |
| 13. | American International | Unsecured |  | No Claim Filed |
| 14. | Village of Oak Park | Unsecured |  | No Claim Filed |
| 15. | H&F Law | Unsecured |  | No Claim Filed |
| 16. | Lou Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,248.12 | $ 1,311.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 11.42 |
| 6.5% | 77.26 |
|  | $ 88.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cox, Bernard C

Printed: 01/22/09

Case Number:  08 B 02004
Judge:  Hollis, Pamela S
Filed:  1/30/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

